256 F.2d 581
 UNITED STATES of America, Plaintiff-Appellee,
v.
Samuel GOLDSTEIN, Defendant-Appellant.
 No. 324, Docket 24920.
 United States Court of Appeals Second Circuit.
 Argued April 17, 1958.
Decided April 28, 1958.
 
 Arthur D. Goldstein (of Samuel Goldstein & Sons), New York City, for defendant-appellant.
 Nicholas Tsoucalas, Asst. U.S. Atty., S.D.N.Y., New York City (Paul W. Williams, U.S. Atty., and John A. Guzzetta, Asst. U.S. Atty., New York City, on the brief), for plaintiff-appellee.
 Before CLARK, Chief Judge, and LUMBARD and WATERMAN, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed on the opinion of District Judge Ryan, United States v. Pay-O-Matic Corp., 162 F.Supp. 154; and see also United States v. R. F. Ball Construction Co., 355 U.S. 587, 78 S.Ct. 442, 2 L.Ed.2d 510.